IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JEREMIE NUTT,            CASE NO. 2:08-cv-204
                                             JUDGE FROST
      Petitioner,            MAGISTRATE JUDGE ABEL

v.

MICHAEL SHEETS, Warden,

      Respondent.

## OPINION AND ORDER

On April 6, 2009, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. §2254 be dismissed. Although the parties were advised of the right to object to the Magistrate Judge's recommendations, and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation* is **ADOPTED** and **AFFIRMED.** This action is hereby **DISMISSED.**

**IT IS SO ORDERED**.

                                                          /s/ Gregory L. Frost
                                                        GREGORY L. FROST
                                                        United States District Judge